AMERICAN STATE BANK v. McCLURE *et al.*

No. 4563.   Opinion Filed June 8, 1915.

Refiled December 6, 1915.

(152 Pac. 1130.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.**   Syllabus same as in No. 3222, **Bryan v. Umholts,** 42 Okla 477, 141 Pac. 1107.

*Error from District Court, Bryan County;*
*A. H. Ferguson, Judge.*

Action by the American State Bank of Tishomingo against F. K. McClure and another.   Judgment for defendants, and plaintiff brings error.   Dismissed.

*Young & Stobaugh,* for plaintiff in error.

Opinion by GALBRAITH, C.   The petition in error and case-made in this case was filed in this court on February 15, 1912, and the cause has been regularly submitted. The plaintiff in error has filed no brief and offered no excuse for failure to do so.

We therefore recommend that the cause be dismissed.

By the Court:   It is so ordered.